JULIA FITZPATRICK, Appellant, *v.* MICHAEL SWEENY et al.,
Defendants, BRYAN L. KENNELLY, Purchaser, Respondent.

(Submitted June 16, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made March 14, 1890,
which affirmed an order of Special Term granting a motion
by the respondent to be discharged of his purchase at a sale
pursuant to judgment of foreclosure herein.

*John Hardy* for appellant.

*John M. Bowers* for respondent.

Agree to affirm on opinion of BRADY, J., below.
All concur, except EARL, J., not voting.
Order affirmed.